IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TABEUS D. ROBINSON,          )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:22cv208-MHT
                             )            (WO)
CHILTON COUNTY JAIL,         )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted to the extent set forth in the opinion.

(2) This lawsuit is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of July, 2022.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE